<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

_____Southern_____ District of ___New York___

(State)

Case number *(if known)*: _____ Chapter 15

☐ Check if this is an
amended filing

<u>Official Form 401</u>

# Chapter 15 Petition for Recognition of a Foreign Proceeding          12/15

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Norwegian Air Shuttle ASA |

| | | |
|---|---|---|
| 2. | **Debtor's unique identifier** | **For non-individual debtors:** |

  ☐ Federal Employer Identification Number (EIN) ___ ___ – ___ ___ ___ ___ ___ ___ ___

  ☒ Other _965920358 MVA_____. Describe identifier _Organization number (Norway)_.

**For individual debtors:**

  ☐ Social Security number: xxx – xx– ____ ____ ____ ____

  ☐ Individual Taxpayer Identification number (ITIN): 9 xx – xx – ____ ____ ____ ____

  ☐ Other _____. Describe identifier _____.

| | | |
|---|---|---|
| 3. | **Name of foreign representative(s)** | Geir Karlsen |

| | | |
|---|---|---|
| 4. | **Foreign proceeding in which appointment of the foreign representative(s) occurred** | Reconstruction proceeding under Norway's Temporary Reconstruction Act (2020) (District Court of Oslo) |

| | | |
|---|---|---|
| 5. | **Nature of the foreign proceeding** | *Check one*: |

  ☒ Foreign main proceeding

  ☐ Foreign nonmain proceeding

  ☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding

| | | |
|---|---|---|
| 6. | **Evidence of the foreign proceeding** | ☒ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached. (*See* **Exhibit A** attached hereto.) |

  ☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

  ☒ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.

  Certified extract of Board minutes appointing the Foreign Representative from Norwegian Air Shuttle ASA (*See* **Exhibit B** attached hereto.)

| | | |
|---|---|---|
| 7. | **Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?** | ☒ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.) (*See* **Exhibit C** attached hereto.)<br>☐ Yes |

Debtor    <u>Norwegian Air Shuttle ASA</u>                          Case number *(if known)* _____
       Name

---

| 8. | **Others entitled to notice** | Attach a list containing the names and addresses of: |
|---|---|---|

(i)    all persons or bodies authorized to administer foreign proceedings of the debtor,

(ii)   all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

(iii)  all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

*(See* **Exhibit D** attached hereto.)

---

**9.  Addresses**

**Country where the debtor has the center of its main interests:**
Norway

**Debtor's registered office:**
Oksenøyveien 3, 1366 Lysaker
Number    Street

P.O. Box

Fornebu, Bærum
City   State/Province/Region   ZIP/Postal Code

Norway
Country

**Individual debtor's habitual residence:**
N/A
Number   Street

P.O. Box

City   State/Province/Region   ZIP/Postal Code

Country

**Address of foreign representative(s):**
Oksenøyveien 3, 1366 Lysaker
Number   Street

P.O. Box

Fornebu, Bærum
City   State/Province/Region   ZIP/Postal Code

Norway
Country

---

**10.  Debtor's website** (URL)    https://www.norwegian.com/

---

**11.  Type of debtor**    *Check one*:

☒ Non-individual (check one):

   ☒ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1. (*See* **Exhibit E** attached hereto.)

   ☐ Partnership

   ☐ Other. Specify: _____

☐ Individual

---

| Debtor | Norwegian Air Shuttle ASA | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**12. Why is venue proper in this district?**

*Check one:*

☐ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:

_____ .

☒ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because: <u>Debtor's assets/contacts located across U.S., including substantial assets and legal counsel in New York.</u>

---

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

✗ _____    GEIR KARLSEN
Signature of foreign representative        Printed name

Executed on    03/12/2021
MM / DD / YYYY

✗ _____    _____
Signature of foreign representative        Printed name

Executed on    _____
MM / DD / YYYY

---

**14. Signature of attorney**

✗ _____    Date    03/12/2021
Signature of Attorney for foreign representative        MM / DD / YYYY

Kelly DiBlasi
Printed name

Weil, Gotshal & Manges LLP
Firm name

767 5th Avenue
Number        Street

| New York | NY | 10153 |
|---|---|---|
| City | State | ZIP Code |

| (212) 310-8000 | kelly.diblasi@weil.com |
|---|---|
| Contact phone | Email address |

| 4342994 | NY |
|---|---|
| Bar number | State |

---

**<u>Exhibit A</u>**

**Certified Copy of Decision**
**Commencing the Reconstruction Proceeding and Appointing the Reconstructor**

# OSLO BYFOGDEMBETE

**Dok 15**

## TO WHOM IT MAY CONCERN

| Deres referanse | Vår referanse | Dato |
|---|---|---|
| | 20-177565KON-OBYF/1 | 10.12.2020 |

## 20-177565KON-OBYF/1: Norwegian Air Shuttle ASA - Reconstruction

Oslo County Court (Oslo byfogdembete) hereby confirms that the court by decree of 8th December 2020 opened reconstruction proceedings in

Norwegian Air Shuttle ASA, Business Register Number 965 920 358,
Oksenøyveien 3, 1336 Lysaker, P.O. Box 115 – 1330 Fornebu

Attorney at Law, Håvard Wiker,
Ro Sommernes advokatfirma DA,
P.O. Box 1983 – Vika, 0125 Oslo
Norway,

has been appointed Reconstructor of Norwegian Air Shuttle ASA.

Reconstruction is an insolvency proceeding quite equivalent to US Chapter 11 proceedings or Irish examinership proceedings. The reconstructor is chairing the creditors committee and shall supervise the decisions of the board of directors and the management of Norwegian Air Shuttle. The reconstructor and the creditors committee shall assist the company in the negotiations with the creditors regarding reorganizing the debt and other obligations.

Oslo County Court, (Oslo byfogdembete) 10th December 2020



Leif Villars-Dahl
judge

| Postadresse | Sentralbord | Saksbehandler | Bankgiro | Organisasjonsnummer |
|---|---|---|---|---|
| Postboks 2099 Vika, 0125 Oslo | 22 99 92 00 | May Torill Eriksen | | 974713578 |
| **Kontoradresse** | **Telefaks** | **Telefon** | **Ekspedisjonstid** | **Internett/E-post** |
| Oslo tinghus, C.J. Hambros plass 4, Oslo | | | 08.00-15.45 (Sommer15.00) | www.domstol.no/obyf |
| | | | | oslo.byfogdembete@domstol.no |

**Certified Copy of Decision Appointing the Foreign Representative**



# OSLO BYFOGDEMBETE

## INTERLOCUTORY ORDER

| | |
|---|---|
| **Pronounced:** | 26.02.2021 in Oslo |
| **Case no.:** | 20-177565KON-OBYF/1 |
| **Judge:** | Judge Rune Klausen |
| **Subject matter:** | Norwegian Air Shuttle ASA under reorganisation |
| | Recognition under Chapter 15 of the United States Bankruptcy Code |



Rett kopi bekreftes:
26.02.2021

Rune Klausen
Dommer

---

**No restrictions regarding public disclosure**

## ORDER:

By petition received by the court 26 February 2021, Norwegian Air Shuttle ASA
(hereinafter referred to as NAS) has requested the court to confirm that Mr. Geir Karlsen, the
Chief Financial Officer of NAS, is authorised to act as "foreign representative" for NAS
under the United States Bankruptcy Code, and that NAS is permitted to apply for recognition
of the ongoing reorganisation proceedings in Norway under Chapter 15 of the United States
Bankruptcy Code.

The court finds that the board's decision on 25 February 2021 to appoint Mr. Geir Karlsen as
"foreign representative" was in accordance with the Norwegian Private Limited Companies
Act and thus valid, and that recognition in the United States should be permitted as this is
important for the success of the ongoing reorganisation proceedings in Norway.

## CONCLUSION:

1. The board of Norwegian Air Shuttle ASA has validly appointed Mr. Geir Karlsen, or
   any other appropriate person later appointed by the board, as "foreign representative"
   for Norwegian Air Shuttle ASA in any proceedings under Chapter 15 of the United
   States Bankruptcy Code in relation to the ongoing reorganisations proceedings in
   Norway.

2. Mr. Geir Karlsen, or any other appropriate person later appointed by the board, is
   authorised to act as "foreign representative" for Norwegian Air Shuttle ASA in any
   proceedings under Chapter 15 of the United States Bankruptcy Code in relation to
   the ongoing reorganisations proceedings in Norway.

3. Norwegian Air Shuttle ASA is permitted to apply for recognition under Chapter 15
   of the United States Bankruptcy Code of the ongoing reorganisation proceedings in
   Norway.

Rune Klausen

Rett kopi bekreftes:
26.02.2021

Rune Klausen
Dommer

**<u>Exhibit B</u>**

**Extract of Certified Board Resolution Appointing the Foreign Representative**



20210225_NAS BoD Minutes (Extract).pdf

## Signers:

| Name | Method | Date |
|------|--------|------|
| Chris Browne | One-Time-Password | 2021-02-25 17:52 GMT+1 |
| Leisner, Ingrid Elvira | BANKID_MOBILE | 2021-02-25 17:53 GMT+1 |
| Holm, Eric | BANKID_MOBILE | 2021-02-25 17:55 GMT+1 |
| Niels Smedegaard | NEMID | 2021-02-25 17:56 GMT+1 |
| Øien, Geir Olav | BANKID_MOBILE | 2021-02-25 18:03 GMT+1 |
| Gundersen, Katrine | BANKID | 2021-02-25 18:04 GMT+1 |
| Madsen, Vibeke H | BANKID_MOBILE | 2021-02-25 18:04 GMT+1 |
| Gravir, Sondre | BANKID_MOBILE | 2021-02-25 18:26 GMT+1 |
| Jaan Albrecht Binderberger | One-Time-Password | 2021-02-25 19:32 GMT+1 |

This document package contains:
- Front page (this page)
- The original document(s)
- The electronic signatures. These are not visible in the document, but are electronically integrated.



This file is sealed with a digital signature. The seal is a guarantee for the authenticity of the document.
Document ID:
ADA889BF7E9A476181A8CF9B62E7D4C2

THE SIGNED DOCUMENT FOLLOWS ON THE NEXT PAGE >

**MINUTES**

**FROM**

**A BOARD OF DIRECTORS MEETING**

**OF**

**NORWEGIAN AIR SHUTTLE ASA**

On 25 February 2021 at 13:30 CET a board meeting was held at Norwegian Air Shuttle ASA. The meeting was held via TEAMS video/call due to the Covid-19 pandemic.

**The following board members attended:**
Niels Smedegaard (Chairman)
Jaan Albrecht Binderberger
Sondre Gravir
Ingrid Elvira Leisner
Vibeke Hammer Madsen
Chris Browne
Geir Olav Øien
Eric Holm
Katrine Gundersen

The board constituted a quorum.

**Other participants (for the full meeting unless otherwise noted):**
Jacob Schram, CEO
Geir Karlsen, CFO
Charlotte Muri, Head of CEO Office
Endre Hermansen, CEO Advisor
Richard Sjøqvist, Partner at BAHR AS (acting as legal adviser)
Andrew Hodges, EVP Airline (for item [08]-21)
Johan Gauermann, EVP Operations (for item [07]-21)
Henry Donohoe, SVP Safety, Security, Compliance & ERP (for item [07]-21)
Haakon Flaaten, SVP Global Accounting (for item [10]-21)
Agnethe Kopperdal, Interim SVP Global Accounting (for item [10]-21)

*Norwegian Air Shuttle ASA is hereinafter referred to as "NAS" or "the Company"*



This file is sealed with a digital signature.
The seal is a guarantee for the authenticity
of the document.

Document ID:
ADA889BF7E9A476181A8CF9B62E7D4C2

*Please note that this an extract of the minutes relating to the resolution for item [09]-21 with regards
to proposed actions in relation to Chapter 15 of the US Bankruptcy Code.*

**Item [09]-21 Project Evergreen – Update**

Jacob Schram, the CEO, and Geir Karlsen, the CFO, gave an orientation of the most
recent developments in the ongoing examinership process in Ireland and the parallel
restructuring negotiations in Norway.

[…]

Thereafter, Richard Sjøqvist explained that the Company will seek recognition of the
scheme of arrangement and compulsory composition as foreign proceedings under
Chapter 15 of the US Bankruptcy Code before the United States Bankruptcy Court for
the Southern District of New York (or other appropriate forum) to protect the
Company's assets within the United States from creditor action under United States'
law and protect the Company from claims against it in the United States.

Further, Mr. Sjøqvist advised that a foreign representative will be required to be
appointed to commence or cause the commencement of the Chapter 15 proceedings in
the United States Bankruptcy Court on the Company's behalf in order to obtain
recognition of the scheme of arrangement and compulsory composition under Chapter
15 of the US Bankruptcy Code (the 'Chapter 15 Recognition Order').

Mr. Sjøqvist outlined that Weil, Gotshal and Manges LLP (as the Company's United
States counsel) will, if authorised, take all action it considers necessary in procuring a
Chapter 15 Recognition Order to effect the Irish scheme of arrangement and Norwegian
restructuring negotiation.

**After due and careful consideration, it was RESOLVED that:**

i.   Seeking the Chapter 15 Recognition Order is of benefit to the Company and its
creditors;

ii.  Mr. Geir Karlsen, or failing him any other director of the Company from time
to time, be and is hereby appointed as the foreign representative (the 'Foreign
Representative') as such term is defined in section 101 of the US Bankruptcy
Code for the purposes of obtaining Chapter 15 recognition;

iii. Mr. Geir Karlsen, or failing him any other director of the Company from time
to time, be and is hereby authorised, empowered and directed, in the name and
on behalf of the Company, to approve and effectuate the execution of petitions
for Chapter 15 recognition and related pleadings and accessory documentation,
settle the term of any notices, affidavits, certificates or other documentation
required in conjunction with Chapter 15 recognition and to take such actions as
he deems appropriate in connection therewith;

This file is sealed with a digital signature.
The seal is a guarantee for the authenticity
of the document.

Document ID:
ADA889BF7E9A476181A8CF9B62E7D4C2

3

    iv.    Weil, Gotshal and Manges LLP (as the Company's United States counsel) is instructed to file petitions for recognition under Chapter 15 of the US Bankruptcy Code for and on behalf of the Company before any court of competent jurisdiction of the United States to agree, finalise and execute any pleadings, agreements, applications, notices or other instruments whatsoever necessary or desirable to obtain a Chapter 15 Recognition Order to enforce the Irish scheme of arrangement and Norwegian compulsory composition in the United States; and

    v.    Mr. Geir Karlsen, or failing him any other director of the Company from time to time, be and is hereby authorised, empowered and directed, in the name and on behalf of the Company, to settle the terms of any affidavits or other documentation required in conjunction with the foreign law evidence for the Chapter 15 Recognition Order and to take such actions as he deems appropriate in connection therewith.

This file is sealed with a digital signature.
The seal is a guarantee for the authenticity of the document.

Document ID:
ADA889BF7E9A476181A8CF9B62E7D4C2

4

_____          _____          _____
Niels Smedegaard                          Chris Browne                            Jaan Albrecht Binderberger
(Chairman)


_____          _____          _____
Sondre Gravir                              Ingrid Elvira Leisner                      Vibeke Hammer Madsen


_____          _____          _____
Katrine Gundersen                          Geir Olav Øien                            Eric Holm

This file is sealed with a digital signature.
The seal is a guarantee for the authenticity
of the document.

Document ID:
ADA889BF7E9A476181A8CF9B62E7D4C2

## **Exhibit C**

**Statement Identifying Foreign Proceedings Involving Debtors**

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Kelly DiBlasi, Esq.
Debora Hoehne, Esq.
Furqaan Siddiqui, Esq.

*Attorneys for the Foreign Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x

| | | |
|---|---|---|
| *In re*: | : | |
| | : | **Chapter 15** |
| | : | |
| **NORWEGIAN AIR SHUTTLE ASA,** *et al.,*[1] | : | **Case No. 21– _____ (      )** |
| | : | |
| **Debtors in foreign proceedings.** | : | |
| | : | **(Joint Administration Requested)** |

------------------------------------------------------------ x

## STATEMENT IDENTIFYING EACH COUNTRY IN WHICH A
## FOREIGN PROCEEDING INVOLVING THE DEBTOR IS PENDING

Geir Karlsen in his capacity as the foreign representative (the "**Foreign
Representative**") of the above-captioned debtors, Norwegian Air Shuttle ASA ("**Norwegian**"),
which has commenced a foreign proceeding in Norway (the "**Reconstruction Proceeding**") under
Norway's Temporary Reconstruction Act (2020) (the "**Norwegian Reconstruction Act**") before
the District Court of Oslo (the "**Norwegian Court**"), and Arctic Aviation Assets DAC ("**AAA**")
(together with Norwegian, the "**Debtors**"), which together with Norwegian and certain non-debtor
affiliates has commenced a foreign proceeding in Ireland (the "**Irish Examinership Proceeding**"

---

[1] The Debtors in the foreign proceedings and the last four digits of each Debtor's local tax identification number are
as follows:  Norwegian Air Shuttle ASA (0358) and Arctic Aviation Assets DAC (1191). The location of Norwegian
Air Shuttle ASA's corporate headquarters is Oksenøyveien 3, 1336 Lysaker, Norway. The location of Aviation Assets
DAC's corporate headquarters is Ground Floor, Imbus House, Dublin Airport.

and, together with the Reconstruction Proceeding, the "**Foreign Proceedings**") under Part 10 of
Ireland's Companies Act 2014 (the "**Companies Act**") before the High Court of Ireland (the "**Irish
Court**"), has commenced the above-captioned chapter 15 cases ("**Chapter 15 Cases**") ancillary
to the Foreign Proceedings and submits the following statement identifying each country in which
a foreign proceeding by, regarding, or against the debtor is pending:

1.     The Debtors have together commenced the Irish Examinership Proceeding
in Ireland.  This proceeding is a foreign nonmain proceeding for Norwegian and a foreign main
proceeding for AAA. The Irish Examinership Proceeding is continuing in coordination with the
Reconstruction Proceeding and it is intended that any schemes of arrangement proposed in the
Irish Examinership Proceeding will be implemented in Norway through the Reconstruction
Proceeding.

2.     Norwegian has commenced the Reconstruction Proceeding in Norway.
This proceeding is a foreign main proceeding for Norwegian.  The Reconstruction Proceeding was
commenced in coordination with the Irish Examinership Proceeding and to implement in Norway
any schemes of arrangement proposed in the Irish Examinership Proceeding.

**<u>Exhibit D</u>**

**Rule 1007(a)(4)**
**Schedule of Parties**

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Kelly DiBlasi, Esq.
Debora Hoehne, Esq.
Furqaan Siddiqui, Esq.

*Attorneys for the Foreign Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------- x
```
*In re*:                                                :
                                                         :          **Chapter 15**
                                                         :
**NORWEGIAN AIR SHUTTLE ASA,** *et al.,*[1]              :          **Case No. 21– _____ (     )**
                                                         :
**Debtors in foreign proceedings.**                      :
                                                         :          **(Joint Administration Requested)**
```
-------------------------------------------------------- x
```

**RULE 1007(a)(4) OF FEDERAL RULES**
**OF BANKRUPTCY PROCEDURE SCHEDULE OF PARTIES**

In accordance with Rule 1007(a)(4) of the Federal Rules of Bankruptcy Procedure

and as attested to in the *Declaration of Geir Karlsen in Support of the Motion for Recognition of*

*Foreign Main and Non-Main Proceedings, and Certain Related Relief* (the "**Karlsen**

**Declaration**") filed contemporaneously herewith, Geir Karlsen in his capacity as the foreign

representative (the "**Foreign Representative**") of the above-captioned debtors, Norwegian Air

Shuttle ASA ("**Norwegian**"), which has commenced a foreign proceeding in Norway (the

---

[1] The Debtors in the foreign proceedings and the last four digits of each Debtor's local tax identification number are as follows:  Norwegian Air Shuttle ASA (0358) and Arctic Aviation Assets DAC (1191). The location of Norwegian Air Shuttle ASA's corporate headquarters is Oksenøyveien 3, 1336 Lysaker, Norway. The location of Arctic Aviation Assets DAC's corporate headquarters is Ground Floor, Imbus House, Dublin Airport.

"**Reconstruction Proceeding**") under Norway's Temporary Reconstruction Act (2020) (the

"**Norwegian Reconstruction Act**") before the District Court of Oslo (the "**Norwegian Court**"),

and Arctic Aviation Assets DAC ("**AAA**") (together with Norwegian, the "**Debtors**"), which

together with Norwegian and certain non-debtor affiliates has commenced a foreign proceeding in

Ireland (the "**Irish Examinership Proceeding**" and, together with the Reconstruction Proceeding,

the "**Foreign Proceedings**") under Part 10 of Ireland's Companies Act 2014 (the "**Companies**

**Act**") before the High Court of Ireland (the "**Irish Court**"), have commenced the above-captioned

chapter 15 cases ("**Chapter 15 Cases**") ancillary to the Foreign Proceedings and provides the

following schedule of the names and address of the relevant persons, bodies, and parties.

I.    <u>All persons or bodies authorized to administer foreign proceedings of the Debtors:</u>

KPMG
1 Stokes Place, St. Stephen's Green
Dublin 2, Dublin, Ireland, D02 DE03
Telephone: + 353 1 410 1932
Attention: Kieran Wallace
Email: kieran.wallace@kpmg.com

Ro Sommernes advokatfirma DA
Postbox 1983 Vika,
N-0125 Oslo, Norway
Telephone: + 47 2 300 3440
Attention: Håvard Wiker
Email: hw@rosom.no

II.    <u>All parties to litigation pending in the United States in which the Debtors are a party at the
time of filing of this petition:</u>

The Boeing Company
100 North Riverside Plaza
Chicago, IL, 60606, United States

Boeing Commercial Aviation Services Europe Ltd. (BCASEL)
100 North Riverside Plaza
Chicago, IL, 60606, United States

2

AAA MAX 1 LIMITED, AAA MAX 2 LIMITED, AAA MAX 3 LIMITED, AAA MAX 4
LIMITED, AAA B787 2 LIMITED and AAA B787 3 LIMITED
c/o Tribler Orpett & Meyer P.C.
225 West Washington – Suite 2550
Chicago, Illinois 60606-2418
Attn: Mitch Orpett
maorpett@tribler.com

Aaron Lyons
c/o Stuart R. Fraenkel LLP, 601 South Figueroa Street, Ste. 2050, Los Angeles, CA, 90017
Attention: Stuart R. Fraenkel, on behalf of Aaron Lyons

Gautam Jagannath
██████████████████

Paul Louis Nuchims
██████████████

Li Cui
Attn: christian.oliver@TheBarnesFirm.com

Mohammad Shahram Hajebi
████████████████

Andrew Calo
█████████████████████

Richard Hermanns
██████████████

Victoriya Pronchatova
█████████████████
████████

Farrah Rhea
████████████████

Derek Stumpfhauser
██████████████

Francisco Unger
███████████████████

New York State Department of Taxation and Finance
Office of Counsel

3

W A Harriman Campus
Albany NY 12227-0001
Attn: Michael.Hall@tax.ny.gov

John Martini
jroberto@gerberciano.com

Wayne Tully
dlangley@iptechlaw.com

III.    <u>All of the entities against whom provisional relief is being sought under section 1519 of the Bankruptcy Code:</u>

The Foreign Representative is not seeking provisional relief at this time and reserves all rights to seek such relief in the future.

4

## **Exhibit E**

**Corporate Ownership Statement**

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Kelly DiBlasi, Esq.
Debora Hoehne, Esq.
Furqaan Siddiqui, Esq.

*Attorneys for the Foreign Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------ x
In re:                                 :
                                       :        Chapter 15
                                       :
NORWEGIAN AIR SHUTTLE ASA, et al.,¹    :        Case No. 21– _____ (     )
                                       :
Debtors in foreign proceedings.        :
                                       :        (Joint Administration Requested)
------------------------------------------------------------ x
```

**CORPORATE OWNERSHIP STATEMENT PURSUANT TO**
**<u>FEDERAL RULES OF BANKRUPTCY PROCEDURE 1007(a)(4) AND 7007.1</u>**

In accordance with the requirements of Rules 1007(a)(4) and 7007.1 of the Federal Rules of Bankruptcy Procedure, Geir Karlsen in his capacity as the foreign representative (the "**Foreign Representative**") of the above-captioned debtors, Norwegian Air Shuttle ASA ("**Norwegian**"), which has commenced a foreign proceeding in Norway (the "**Reconstruction Proceeding**") under Norway's Temporary Reconstruction Act (2020) (the "**Norwegian Reconstruction Act**") before the District Court of Oslo (the "**Norwegian Court**"), and Arctic Aviation Assets DAC ("**AAA**") (together with Norwegian, the "**Debtors**"), which together with

---

¹ The Debtors in the foreign proceedings and the last four digits of each Debtor's local tax identification number are as follows:  Norwegian Air Shuttle ASA (0358) and Arctic Aviation Assets DAC (1191). The location of Norwegian Air Shuttle ASA's corporate headquarters is Oksenøyveien 3, 1336 Lysaker, Norway. The location of Arctic Aviation Assets DAC's corporate headquarters is Ground Floor, Imbus House, Dublin Airport.

Norwegian and certain non-debtor affiliates has commenced a foreign proceeding in Ireland (the "**Irish Examinership Proceeding**" and, together with the Reconstruction Proceeding, the "**Foreign Proceedings**") under Part 10 of Ireland's Companies Act 2014 (the "**Companies Act**") before the High Court of Ireland (the "**Irish Court**"), has commenced the above-captioned chapter 15 cases ("**Chapter 15 Cases**") ancillary to the Foreign Proceedings and submits the following corporate ownership statement of the Debtors, identifying any corporation that directly or indirectly owns 10% or more of any class of each Debtor's equity interests:

1.    Norwegian, a corporation organized under the laws of Norway and a publicly traded company in Norway, directly owns 100% of AAA, a designated activity company organized under the laws of Ireland.

2.    At the time of the commencement of the Chapter 15 Cases, only Avanza Bank AB directly or indirectly owns 10% or more of any class of Norwegian's equity interests.

3.    For the Court's convenience, an abbreviated corporate structure chart is provided hereto.

**Norwegian Air Shuttle ASA: Organizational Chart**



## **Exhibit F**

### **Official Form 202**

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case and this filing:</strong></td></tr>
<tr><td>Debtor Name</td><td>Norwegian Air Shuttle ASA</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Southern District of New York<br>(State)</td></tr>
<tr><td>Case number (If known):</td><td>_____</td></tr>
</table>

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule _____*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑ Other document that requires a declaration  Rule 1007(a)(4) Statement and Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   03/12/2021         ✗ _____
                MM / DD / YYYY              Signature of individual signing on behalf of debtor

                                 GEIR KARLSEN
                                 Printed name

                                 Foreign Representative
                                 Position or relationship to debtor