**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------- x
```
*In re*:                                                    :
                                                           :        **Chapter 15**
                                                           :
**NORWEGIAN AIR SHUTTLE ASA,** *et al.,*[1]                :        **Case No. 21–10478 (MEW)**
                                                           :
**Debtors in foreign proceedings.**                        :
                                                           :        **(Joint Administration Requested)**
```
-------------------------------------------------------- x
```

## ORDER PURSUANT TO FED. R. BANKR. P. 2002 AND 9007 SCHEDULING RECOGNITION HEARING AND SPECIFYING FORM AND MANNER OF SERVICE OF NOTICE

Upon the motion (the "**Motion**")[2] of Geir Karlsen in his capacity as the foreign representative (the "**Foreign Representative**") of the above-captioned debtors (collectively, the "**Debtors**"), pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") for entry of an order (i) setting the date for the hearing (the "**Recognition Hearing**") on the relief sought in the Recognition Motion, (ii) establishing the Objection Deadline in connection therewith, (iii) approving the form of notice of the Recognition Hearing and Objection Deadline attached hereto as **Exhibit 1** (the "**Hearing Notice**"), (iv) approving the manner of service of the Hearing Notice, and (v) granting such other relief as this Court deems just and proper, all as more fully set forth in the Motion; and this Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* M-431, dated January 31, 2012 (Preska, C.J.); and consideration of the Motion and the relief requested therein

---

[1] The Debtors in the foreign proceedings and the last four digits of each Debtor's local tax identification number are as follows: Norwegian Air Shuttle ASA (0358) and Arctic Aviation Assets DAC (1191). The location of Norwegian Air Shuttle ASA's corporate headquarters is Oksenøyveien 3, 1336 Lysaker, Norway. The location of Arctic Aviation Assets DAC's corporate headquarters is Ground Floor, Imbus House, Dublin Airport, Ireland.

[2] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Motion.

being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. § 1410; and notice of the Motion having been given as provided in the Motion, and such notice having been adequate and appropriate under the circumstances; and it appearing that no other or further notice need be provided; and upon the Recognition Motion, the Karlsen Declaration, and the Foreign Attorney Declarations; and this Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their creditors, and all parties in interest, and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is granted to the extent set forth herein.

2.      The Recognition Hearing shall be held before this Court on April 27, 2021 at 11:00 a.m. (Prevailing Eastern Time) or as soon thereafter as counsel may be heard, before the Honorable Michael E. Wiles, of the United States Bankruptcy Court for the Southern District of New York.

3.      In accordance with General Order M-543, dated March 20, 2020 (Morris, C.J.) (a copy of which may be viewed on this Court's website at www.nysb.uscourts.gov), the Recognition Hearing will be conducted telephonically unless otherwise ordered by the Court.

4.      Any objection to the Recognition Motion must be made in accordance with the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules, in a writing that sets forth the basis for such objection with specificity and the nature and extent of the respondent's claims against the Debtors.  Any such objection must be filed electronically with the Court on the Court's electronic case filing system in accordance with and except as provided in General Order M-399 (a copy of which may be viewed on this Court's website at www.nysb.uscourts.gov) and the Court's Procedures for the Filing, Signing and Verification of Documents by Electronic Means, and served upon the Foreign Representative's counsel,

Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, via email at kelly.diblasi@weil.com, debora.hoehne@weil.com and furqaan.siddiqui@weil.com, so as to be **filed and received** by **4:00 p.m. (Prevailing Eastern Time) on April 16, 2021**.

5.      If no response or objection is timely filed and served as provided above, this Court may grant the relief requested by the Foreign Representative without further notice or hearing.

6.      The Recognition Hearing may be adjourned from time to time without further notice other than a notice of adjournment on the docket in these Chapter 15 Cases or an announcement in open court of the adjourned date or dates of any further adjourned hearing.

7.      The Recognition Hearing shall be a final and evidentiary hearing at which witnesses may testify.

8.      The form of Hearing Notice, substantially in the form attached hereto as **Exhibit 1**, is hereby approved.  The Foreign Representative may fill in any missing dates and other information as ordered by this Court, correct any typographical errors, conform the provisions thereof to the provisions of this Order, and make such other and further non-material, non-substantive changes to the form of Hearing Notice as the Foreign Representative deems necessary or appropriate.

9.      Copies of the Notice Documents, including all exhibits thereto, shall be served by electronic mail, to the extent email addresses are available, and otherwise by overnight mail (for international addresses) or United States mail, first-class postage prepaid, upon the Notice Parties listed in **Exhibit 2** attached hereto within three business days following entry of this Order, or as soon as practicable thereafter.  Service of any subsequent pleadings or notices filed by the Foreign Representative in these Chapter 15 Cases will be effected in the same manner.

10.     If any party files a notice of appearance in these Chapter 15 Cases, the Foreign Representative shall serve, or cause to be served, upon such party (or its counsel) the Notice Documents

within three business days of the filing of such notice of appearance if such documents have not already been served on such party (or its counsel).

11.    The notice requirements in section 1514(c) of the Bankruptcy Code are inapplicable in the context of these cases and are hereby waived.

12.    Service of the Notice Documents in accordance with the procedures set forth in this Order satisfies the requirements of the Bankruptcy Code, the Bankruptcy Rules, including Bankruptcy Rules 2002(p) and (q), and the Local Rules.  No other or further notice is required.

13.    The Foreign Representative shall cause the Hearing Notice (modified as necessary and appropriate for publication purposes) to be published within three business days of entry of this Order in the national edition of The Wall Street Journal.

14.    The Foreign Representative is authorized to take all actions necessary to carry out this Order.

15.    This Order is without prejudice to the Foreign Representative requesting any additional relief in these Chapter 15 Cases.

16.    The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

17.    This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and enforcement of this Order.

Dated: March 12, 2021                    s/Michael E. Wiles
         New York, New York              UNITED STATES BANKRUPTCY JUDGE

**<u>Exhibit 1</u>**

**Hearing Notice**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------- x
```
*In re*:                                              :
                                                      :          **Chapter 15**
                                                      :
**NORWEGIAN AIR SHUTTLE ASA,** *et al.,* [1]          :          **Case No. 21–10478 (MEW)**
                                                      :
**Debtors in foreign proceedings.**                   :
                                                      :          **(Joint Administration Requested)**
```
-------------------------------------------------------- x
```

### NOTICE OF PETITIONS FOR RECOGNITION OF
### FOREIGN PROCEEDINGS AND MOTION FOR AN ORDER GRANTING
### RECOGNITION OF FOREIGN PROCEEDINGS AND RELATED RELIEF

**PLEASE TAKE NOTICE** that on March 12, 2021, Geir Karlsen, in his capacity as the foreign representative (the "**Foreign Representative**") of the above-captioned debtors (the "**Debtors**"), which (collectively with certain non-debtor affiliates) have commenced a foreign proceeding in Ireland (the "**Irish Examinership Proceeding**") under Part 10 of Ireland's Companies Act 2014 before the High Court of Ireland (the "**Irish Court**") and, with respect to Norwegian Air Shuttle ASA, which has commenced a foreign proceeding in Norway (the "**Reconstruction Proceeding**") under Norway's Temporary Reconstruction Act (2020) (Norway) before the District Court of Oslo (the "**Norwegian Court**"), filed (i) voluntary petitions for relief under chapter 15 of title 11 of the United States Code  (the  "**Bankruptcy Code**") for the Debtors (ECF Nos. __ ) and (ii) the *Motion for Recognition of Foreign Main and Nonmain Proceedings and Request for Certain Related Relief under Chapter 15 of the Bankruptcy Code* (ECF No. __ ) (the "**Recognition Motion**") with the United States Bankruptcy Court for the Southern District of New York (the "**Court**").

**PLEASE TAKE FURTHER NOTICE** that, among other things, the Recognition Motion requests entry of an order recognizing and enforcing the Reconstruction Proceeding as a foreign main proceeding for Norwegian Air Shuttle ASA, and the Irish Examinership Proceeding as a foreign main proceeding for Arctic Aviation Assets DAC and a foreign nonmain proceeding for Norwegian Air Shuttle ASA pursuant to section 1517 of the Bankruptcy Code, granting related relief pursuant to section 1520 of the Bankruptcy Code, and granting certain additional relief pursuant to sections 1507 and 1521 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that, the Court has scheduled a hearing to consider the relief requested in the Recognition Motion (the "**Recognition Hearing**") at **11:00 a.m. (Prevailing**

---

[1] The Debtors in the foreign proceedings and the last four digits of each Debtor's local tax identification number are as follows: Norwegian Air Shuttle ASA (0358) and Arctic Aviation Assets DAC (1191).  The location of Norwegian Air Shuttle ASA's corporate headquarters is Oksenøyveien 3, 1336 Lysaker, Norway.  The location of Arctic Aviation Assets DAC's corporate headquarters is Ground Floor, Imbus House, Dublin Airport, Ireland.

**Eastern Time) on April 27, 2021.** The Recognition Hearing will be held before the Honorable Michael E. Wiles of the United States Bankruptcy Court for the Southern District of New York. The Recognition Hearing will be an evidentiary hearing at which witnesses may testify.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with General Order M-543, dated March 20, 2020 (Morris, C.J.) ("**General Order M-543**"), the Recognition Hearing will be conducted telephonically. Any parties wishing to participate must do so by telephone by making arrangements through CourtSolutions LLC (www.court-solutions.com). Instructions to register for CourtSolutions LLC are attached to General Order M-543.

**PLEASE TAKE FURTHER NOTICE** that the Court may order the scheduling of a case management conference to consider the efficient administration of these Chapter 15 Cases.

**PLEASE TAKE FURTHER NOTICE** that any objection to the Recognition Motion must be made in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Rules of the United States Bankruptcy Court for the Southern District of New York, in a writing that sets forth the basis for such objection with specificity and the nature and extent of the respondent's claims against the Debtors. Any such objection must be filed electronically with the Court on the Court's electronic case filing system in accordance with and except as provided in General Order M-399 (a copy of which may be viewed on this Court's website at www.nysb.uscourts.gov) and the Court's Procedures for the Filing, Signing and Verification of Documents by Electronic Means, and served upon the Foreign Representative's counsel, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, by email to kelly.diblasi@weil.com, debora.hoehne@weil.com, and furqaan.siddiqui@weil.com, so as to be **filed and received** by **4:00 p.m. (Prevailing Eastern Time) on April 16, 2021**.

**PLEASE TAKE FURTHER NOTICE** that if no objection is timely filed and served as provided above, the Court may grant the relief requested in the Recognition Motion without a hearing or further notice.

**PLEASE TAKE FURTHER NOTICE** that any party in interest objecting to the Recognition Motion or the relief requested therein must appear by telephone at the Recognition Hearing.

**PLEASE TAKE FURTHER NOTICE** that the Recognition Hearing may be adjourned from time to time without further notice other than an announcement in open court or a notice of adjournment filed on the docket in these Chapter 15 Cases.

**PLEASE TAKE FURTHER NOTICE** that it is anticipated that the Court may communicate directly with, or request information or assistance directly from, the Irish Court, the Norwegian Court, and/or the Foreign Representative pursuant to section 1525 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that copies of the Recognition Motion and all other documents filed in this case can be accessed from (a) the Court's website, http://ecf.nysb.uscourts.gov (a PACER login and password are required to retrieve documents), (b) free of charge by visiting the noticing agent's website at https://omniagentsolutions.com/norwegianair, or (c) upon written request to the Foreign Representative's counsel, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, by email to debora.hoehne@weil.com and furqaan.siddiqui@weil.com.

**PLEASE TAKE FURTHER NOTICE** that this announcement is not an offer for sale of securities in the United States.  Securities may not be offered or sold in the United States absent registration or an exemption from registration under the U.S. Securities Act of 1933, as amended.

Dated: _____, 2021
New York, New York

_____
WEIL, GOTSHAL & MANGES LLP
Kelly DiBlasi, Esq.
Debora Hoehne, Esq.
Furqaan Siddiqui, Esq.
767 Fifth Avenue
New York, New York  10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: kelly.diblasi@weil.com
        debora.hoehne@weil.com
        furqaan.siddiqui@weil.com

*Attorneys for the Foreign Representative*

## Exhibit 2

**Notice Parties**

**Notice Parties**

*Irish Examinership Proceeding Notice Parties*

The Commission for Aviation Regulation
Email: DavidHodnett@aviationreg.ie

Norwegian Civil Aviation Authority (Luftfartstilsynet)
Email: Lars.Kobberstad@caa.no

The Revenue Commissioners
Email: johughes@revenue.ie

Bondholder trustee Jørgen Andersen
Email: andersen@nordictrustee.com

AerCap
Email: ajoiner@aercap.com

Avolon
Email: bfoley@avolon.aero

BOCA Aviation
Email: Jonathan.Mahony@bocaviation.com

Dr Peters
Email: Christian.Mailly@dr-peters.de

ICBC
Email: wangzhidong@ie.icbcleasing.com

Jackson Square Aviation
Email: ropeka@jsa.com

MG Aviation
Email: emzon@jordache.com

Mitsui
Email: tkmya@dg.mitsui.com

SMBC
Email: Witold.Zieleman@smbc.aero

Rolls-Royce
Email: Sean.Burke@Rolls-Royce.com

Boeing Global Services
Email: John.N.Palmer@boeing.com

Lufthansa Technik
Email: Tanja.Pustolla@lht.dlh.de
Email: Thomas.Herbold@lht.dlh.de

Wells Fargo
Email: Hillary.A.Pavia@wellsfargo.com

Aviation Capital Group
Email: ACGLegal@AviationCapital.com

Airbus SE
Email: Christian.Scherer@airbus.com

GIEK: Garantinstituttet for eksportkreditt
Email: Ivar.Rekve@giek.no

***Reconstruction Proceeding Notice Parties***

Nordic Trustee
Email: mail@nordictrustee.com
Email: Andersen@nordictrustee.com

Den Norske Bank
Email: agentdesk@dnb.no
Email: loanadmin.corporate@dnb.no
Email: jorgen.hvistendahl@dnb.no
Email: commodities@dnb.no
Email: Kristoffer.Dale@dnb.no

Global Risk Management
Email: backoffice@global-riskmanagement.com
Email: bsk@global-riskmanagement.com
Email: mpo@global-riskmanagement.com
Email: pedm@global-riskmanagement.com
Email: hec@global-riskmanagement.com

***Parties to Litigation in the United States***

The Boeing Company
100 North Riverside Plaza
Chicago, IL, 60606, United States

Boeing Commercial Aviation Services Europe Ltd. (BCASEL)
100 North Riverside Plaza
Chicago, IL, 60606, United States

AAA MAX 1 LIMITED, AAA MAX 2 LIMITED, AAA MAX 3 LIMITED, AAA MAX 4 LIMITED,
AAA B787 2 LIMITED and AAA B787 3 LIMITED
c/o Tribler Orpett & Meyer P.C.
225 West Washington – Suite 2550
Chicago, Illinois 60606-2418
Attn: Mitch Orpett
maorpett@tribler.com

Aaron Lyons
c/o Stuart R. Fraenkel LLP, 601 South Figueroa Street, Ste. 2050, Los Angeles, CA, 90017
Attention: Stuart R. Fraenkel, on behalf of Aaron Lyons

Gautam Jagannath

Paul Louis Nuchims

Li Cui
Attn: christian.oliver@TheBarnesFirm.com

Mohammad Shahram Hajebi

Andrew Calo

Richard Hermanns

Victoriya Pronchatova

Farrah Rhea

Derek Stumpfhauser

Francisco Unger

████████████████

New York State Department of Taxation and Finance
Office of Counsel
W A Harriman Campus
Albany NY 12227-0001
Attn: Michael.Hall@tax.ny.gov

John Martini
jroberto@gerberciano.com

Wayne Tully
dlangley@iptechlaw.com

**_Parties to Contracts governed by U.S. law and U.S-Based Parties_**

New York Life Insurance Company
c/o New York Life Investment Management LLC
51 Madison Avenue
2nd Floor, Room 208
New York, NY 10010
Attn: Fixed Income Investors Group, Private Finance
FIIGLibrary@nylim.com
TraditionalPVtOps@nylim.com

New York Life Insurance and Annuity Corporation
c/o New York Life Investment Management LLC
51 Madison Avenue
2nd Floor, Room 208
New York, NY 10010
Attn: Securities Operations, Private Group

Wells Fargo Bank Northwest, National Association
299 South Main Street, 5th Floor
Salt Lake City, UT 84111
United States of America
Attn: Corporate Trust Department
ctsleasecompliance@wellsfargo.com

Wilmington Trust Company
Rodney Square North
1100 North Market Street
Wilmington, Delaware 19890
Attention: Corporate Trust Administration
Telephone: (302) 636-6000
Facsimile: (302) 636-4140

Email: jsolone@wilmingtontrust.com

Natixis
1251 Avenue of the Americas
New York, NY 10020
Attention: Aviation Finance Portfolio
Telephone: (212) 891-6100
Facsimile: (646) 282-2321


United Technologies Corporation
Pratt & Whitney Division
Commercial Engine Programs
400 Main Street
East Hartford, Connecticut 06118
Attention: Commercial Warranty
Attn: eclaims@pw.utc.com

Laxfuel Corporation
9900 Laxfuel Road
Los Angeles, CA 90074
Email: John.trozzo@aa.com

Massachusetts Port Authority
Email: Accounting_Dept@massport.com

Panasonic Technical Service
Email: sam.storrar@panasonic.aero

San Francisco Airport Commission
Email: steve.lash@flysfo.com

Terminal One Group Association, L.P.
Email: wbalde@jfkterminalone.com; mpatel@jfkterminalone.com

TBITEC Service
Email: klarson@tbiteclax.com; asolorzano@tbiteclax.com

Greater Orlando Aviation Authority
Email: GOAA-AR-Reporting@GOAA.org

Willis Engine Structured Trust IV
Email: AR@willislease.com; dcoulcher@willislease.com

Engine Technical Records Manager
Engine Lease Finance Corporation

Shannon Business Park
Shannon, Co. Clare, Ireland.
Email: utilisation@elfc.com

ARINC Incorporated
Email: greg.hunt@collins.com

Adams & Company Real Estate
Email: dlevy@adamsre.com

Seattle Tacoma Airline Consortium
Attn.: Care of AvAirPro Services
Email: y.saito@avairprosservices.com

Chicago Department of Aviation
City of Chicago for O'Hare International Airport
10510 West Zenke Road
Chicago, IL, 60666
Email: CDACommissioner@cityofchicago.org

Greater Orlando Aviation Authority
Orlando International Airport
One Jeff Fuqua Boulevard
Orlando, FL 32827-4399
Attn.: Olivia Tine
Email: otine@goaa.org

Mastercard International Incorporated
Email: Ed.Ebel@mastercard.com

Synchrony Bank
Email: gary.romaine@syf.com

LAWTFC
Email: joseph.blue@menziesaviation.com

BOSFUEL Corporation
Email: consortium.ar@swissport.com

FSM Group LLC
Email: Khaliw@fsmgroup.us

Ft Lauderdale Fuel Facilities
Email: asig.collections@menziesaviation.com

AUS Fuel Company LLC

Email: scott.carrington@wnco.com

Orlando Fuel Facilities LLC
Email: mike.loveridge@menziesaviation.com

Navigator Aviation and Tourism Management Inc.
5100 NW 33rd Ave, Suite 261
Fort Lauderdale
FL 33309
Attn: Petri de Koning
Email: pdekoning@navigator.us.com

The Port Authority of New York & NJ
Email: dcontreras@panynj.gov

Los Angeles World Airports
Email: RemittanceAdviceACH&Wire@lawa.org; TEDWARDS@lawa.org

Menzies Aviation (USA) Inc.
Email: Emily.Freeman@menziesaviation.com

Airway Cleaners, LLC
Email: mdibugno@airwayllc.com

Swissport USA/SAUSA LLC
Email: Swissport.remit@swissport.com

Triangle Aviation Services, Inc.
Email: accountsreceivable@triangleservices.com

Prosegur Services Group, Inc.
Email: Janine.Yaxley@prosegur.com; Richard.Layson@prosegur.com; nicole.bell@prosegur.com;
Jeffrey.Silverstein@prosegur.com; larry.parrotte@prosegur.com; Kevin.Cooke@prosegur.com

Ground Services International
Email: Jackie.Blake@dnata.us

PrimeFlight Aviation Services Inc.
Email: billing@primeflight.com

San Francisco Terminal Equipment Co.
Email: ed.barnes@sfotec.com

Miami-Dade Aviation Department
Email: mia-pay@miami-airport.com; mia-pay@miami-airport.com

Chicago Airlines Terminal Consortium/ CATCo
O'Hare Intl. Airport/Terminal 5
P O Box 661125
Chicago, Il. 60666
Attn: Keith Wrobel
Email: keith.wrobel@catco-us.com

Airport Terminal Management INC
Email: eric.kim@atmlax.com

Allied Universal Security Services
Email: remittance@aus.com

Pacific Atlantic Handling (PAH)
Email: nlott@pahaero.com

Prospect Airport Services
Email: renia.celebucki@prospectair.com

Huntleigh
Email: svela@levga.com

Prospect of Tampa LTD
Email: renia.celebucki@prospectair.com

Sky Handling Partner USA
Email: pyclement@shp.aero

Flight Services & Systems Inc.
Email: gnikolouzos@fsspeople.com

Worldwide Flight Services Inc.
Email: MBismuth@wfs.aero

AGO Security and Service, Inc.
Email: administration@awasecurity.com

SAS Services Group Inc.
Email: emad@sas-serv.com

Port of Seattle
Email: ac-ar@portseattle.org

City of Chicago
Email: Aviation_Wire_Transfers@cityofchicago.org

Denver International Airport
Email: Jessica.Quintana@flydenver.com

MSN air-service
Email: rudy@msnairservice.com

Alliance Ground International
Email: paymentnotice@allianceground.com; jfinn@allianceground.com

South American Airways
Email: operations@southamericanairways.com

Forward Air Inc.
Email: fa_gcy_cashapps@forwardair.com; respinet@forwardair.com

Air General Inc.
Email: Finance@AirGeneral.com

Thor Xpress Transport, LLC
Email: billing@thorxpress.com

Aeroground Inc DBA Menzies Aviation
Email: naomi.jones@menziesaviation.com

Northstar Aviation Services LLC
Email: dflorcpa@aol.com

G2 Secure staff
Email: JPierce@levga.com

Seattle Tacoma Airline Consortium
Email: y.saito@avairprosservices.com

Aviation Port Services LLC
Email: admin@avportsvcs.com

Aero Mag 2000 BOS, LLC
Email: c.fortin@aeromag2000.com

Alstate Maintenance
Email: mdibugno@airwayllc.com

JFK International Air Terminal
Email: gconfreda@jfkiat.com

***Department of Transportation Claimants***

U.S. Department of Transportation
1200 New Jersey Ave, SE
Washington, DC 20590f

Dekeyla Wilson
Email: ████████████

Anne Tarmann
Email: ██████████████

Javier Ruesga
Email: ████████████

Cameron Sampson
Email: ███████████████

Catherine Merritt
Email: ████████████

Sarah Mayo
Email: █████████████

Blake Servey
Email: █████████████

Hui Rorabaugh
Email: ██████████

Clare Mullin
Email: ████████████

Molly Cassatt-Johnstone
Email: ██████████

Tony Danzica
Email: █████████

Leonid Meter
Email: ██████████

Michael Klein Wassink
Email: ████████████

Dilyana Stamatova
Email: ████████████

10

Crystal Torrisi
Email: ███████████████

Courtlond Wells
Email: ██████████████████

Deborah Mcclendon
Email: ███████████████

Sean Robles
Email: ████████████████

Christa Felis, Robert Felis, Anna Felis
Email: ███████████████████

Nick Rebel
Email: ███████████████████

Scott Betz
Email: ███████████████████

Abigail Prade
Email: ██████████████████

Michelle Tang
Email: ██████████████████

Melinda Ward
Email: ███████████████████

Melissa Wiese
Email: ████████████████████████

Gea Quacquarini
Email: ██████████████████████

Denise Hillman
Email: ████████████████

Baldwin Tran
Email: ████████████████

Donna Sessa Carter
Email: ████████████████

Samuel Blacher
Email: █████████████████

Jennifer Kahn
Email: ███████████████

Ralph Sarracino
Email: █████████████

Theodorus Rinkel
Email: ██████████████

Kerrie Graham
Email: ███████████████

Lawrence Bessis
Email: ████████████

Averi Jefferson
Email: ██████████████

Nataliya Tsytsarova, Vladimir Soloveiko
Email: ███████████████

Catharin Taylor
Email: ██████████████

Elizabeth Grace-Mullett
Email: ██████████████

Eugene V Vogt
Email: ██████████████

Eric Helm
Email: █████████████

Donna Martinez
Email: ██████████████

Ly Phuoc
Email: ██████████████

Zoe Lennon
Email: ██████████████

Giovanni Berardino
Email: █████████████████

Daniel Fisher
Email: ████████████████████

Olga Vorobyeva
Email: █████████████████

Donald Gordineer
Email: ██████████████████████

Julia Allison Weems
Email: ████████████████████

Eric Foster
Email: ██████████████

Andrea Crosby
Email: ██████████████████

Igor Avkshtol
Email: █████████████████

Denise Tessier
Email: ███████████████

Barry Pekarsky
Email: █████████████

Arnel Umayam
Email: ████████████████████

Aaron Huse
Email: ██████████████████

Nicole Seach
Email: ██████████████████

Anna Bennett
Email: ██████████████████████

Claudia Nieto
Email: █████████████████

Jesse Hawk

Email: █████████████████

Mr Kwokming Cheng
Email: █████████████████

Tracy Corsi
Email: ████████████████████

Karen Spitler
Email: ██████████████████████

Robert Azorr
Email: ██████████████████

Karen Santos
Email: ████████████████████

Ana Sorensen
Email: ████████████████

Nadia Duncan
Email: ██████████████████████

Sandra Hall, Justis Hall, Noah Hall, Robert Hall, Anne Leftwich
Email: ████████████████████

Paula Renshaw
Email: ██████████████████

Elizabeth Thierer
Email: ████████████████████

Mr Clifford Garoupa
Email: ██████████████████

Ben Jennings
Email: ██████████████████████████

Linda Mazzanti
Email: █████████████████████

Sead Dzebo
Email: █████████████████████

Grace Aponte
Email: ████████████████████

Eunice Hoolihan
Email: ███████████

Emanuela Paparatti, Giuliana Paparatti)
Email: █████████████

Mr Brian Dries
Email: ██████████

Christina Zengo
Email: █████████████

Abigail Herrygers
Email: ████████████

Donna Volpone
Email: ████████████

Iain Langridge, Monique Nadeau Langridge
Email: █████████████

Mrs Deborah Benninger
Email: ████████

Tristin Coyle
Email: ██████████

Flora Korik
Email: ████████████

Dario Matteini
Email: ████████████

David Booth
Email: ██████████

Maija Dzebo
Email: ████████████

Marissa Sanderson,Thomas Bick
Email: ███████████████

Maria Dorronsoro
Email: ████████████

Arman Arquisola
Email: █████████████████████

Henri Herbert
Email: ████████████████████

Bettina Morris
Email: █████████████████████

Guinevere Kline
Email: ████████████████

Leora Kerr
Email: █████████████████

Theodore Lewis-Lawrence
Email: ██████████████████████

Jennifer Habeck
Email: ████████████████████

Tim Benedict
Email: ██████████████████

Rachel Olsen
Email: ████████████████████

Erika Houston
Email: ████████████████

Mrs. Kimberly Kilby
Email: ██████████████████

Tamara Smith
Email: ████████████████████

Max Orner
Email: ████████████████

Philippa Sunnergren
Email: ███████████████

Monica Gaul
Email: ██████████████████

Dudley Irwin

Email: ███████████████████

Nelson Shin
Email: ████████████████

***Debtors***

Norwegian Air Shuttle ASA
Oksenøyveien 3
1366 Lysaker, Fornebu, Bærum, Norway
Attn: Robert Flavell; Per Christoffer Kise
Email: Robert.flavell@norwegian.com
Email: Per.Christoffer.Kise@norwegian.com

Arctic Aviation Assets DAC
Ground Floor, Imbus House
Dublin Airport, Dublin, Ireland
Attn: Derek Brennan
Email: Derek.Brennan@arcticaa.com

***Counsel to the Foreign Representative***

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York, United States, 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Attention: Kelly DiBlasi, Esq., Debora Hoehne, Esq., Furqaan Siddiqui, Esq.
Email: kelly.diblasi@weil.com
Email: debora.hoehne@weil.com
Email: furqaan.siddiqui@weil.com

***The Foreign Representative***

Geir Karlsen
Norwegian Air Shuttle ASA
Oksenøyveien 3
1366 Lysaker, Fornebu, Bærum, Norway
Email: geir.karlsen@norwegian.com

***Counsel to the Debtors***

Matheson LLP
70 Sir John Rogerson's Quay, Grand Canal Dock
Dublin 2, Dublin, Ireland, D02 R296
Telephone: +353 1 232 2000

Attention: Tony O'Grady, Brendan Colgan, Kevin Gahan
Email: Tony.O'Grady@matheson.com
Email: Brendan.Colgan@matheson.com
Email: Kevin.Gahan@matheson.com

BAHR
Tjuvholmen allé 16, Norway (road description)
PO Box 1524 Vika, NO-0117 Oslo, Norway
Telephone: +47 21 00 00 50
Attention: Richard Sjøqvist, Erik Langseth, Lars Knem Christie
Email: ric@bahr.no
Email: ela@bahr.no
Email: lkc@bahr.no

*The Examiner*

KPMG
1 Stokes Place, St. Stephen's Green
Dublin 2, Dublin, Ireland, D02 DE03
Telephone: + 353 1 410 1932
Attention: Kieran Wallace
Email: kieran.wallace@kpmg.com

*Counsel to the Examiner*

William Fry
2 Grand Canal Square
Dublin 2, D02 A342, Ireland
Telephone: +353 1 639 5000
Facsimile: +353 1 639 5333
Attention:  Rauri Rynn
Email: ruairi.rynn@williamfry.com

*The Reconstructor*

Ro Sommernes advokatfirma DA
Postbox 1983 Vika,
N-0125 Oslo, Norway
Telephone: + 47 2 300 3440
Attention: Håvard Wiker
Email: hw@rosom.no

*Counsel to the*
*Reconstructor*

Ro Sommernes advokatfirma DA

Postbox 1983 Vika,
N-0125 Oslo, Norway
Telephone: + 47 9 916 2096
Attention: Nils Holger Kofoed
Email: nhk@rosom.no
Email: es@rosom.no

***Office of the United States Trustee for the Southern District of New York***

U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY, 10014

***The Internal Revenue Service***

1111 Constitution Ave., NW
Washington, DC 20224
Telephone: (202) 622-5000